UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22646-KMW

DOUG LONGHINI,

    Plaintiff,
v.

SUNSHINE DADE INVESTMENTS LLC, and
DADELAND SERVICE STATIONS, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendants, SUNSHINE DADE INVESTMENTS LLC, and DADELAND SERVICE STATIONS, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 16th, day of November, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Edward S. Polk* |
| ANTHONY J. PEREZ | EDWARD S. POLK |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| GARCIA-MENOCAL & PEREZ, P.L. | MARC RAPAPORT |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 1008359 |
| Miami, FL 33155 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (305) 553- 3464 | Cole, Scott & Kissane Building |
| Facsimile: (305)553-3031 | 9150 South Dadeland Boulevard, Suite 1400 |
| Primary Email: ajperez@lawgmp.com | P.O. Box 569015 |
| *Attorney for Plaintiff* | Miami, Florida 33256 |
| | Telephone: (305) 350-5338 |
| | Email: edward.polk@scsklegal.com; |
| | Marc.rapaport@csklegal.com |
| | *Attorney for Defendant, Sunshine Dade* |

*/s/ Mendy Halberstam*
MENDY HALBERSTAM
Florida Bar No.: 68999
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Primary Email:  mendy.halberstam@jacksonlewis.com
*Attorney for Defendant, Dadeland Service Stations, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 16th, day of November 2020.

                Respectfully submitted,

                **GARCIA-MENOCAL & PEREZ, P.L.**
                *Attorneys for Plaintiff*
                4937 S.W. 74th Court, No. 3
                Miami, FL 33155
                Telephone: (305) 553-3464
                Facsimile: (305) 553-3031
                Primary E-Mail: ajperez@gmplaw.com
                Secondary E-Mail: aquezada@lawgmp.com;
                bvirues@lawgmp.com; crodriguez@lawgmp.com

                By:  */s/ Anthony J. Perez*
                      ANTHONY J. PEREZ