UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22646-KMW

DOUG LONGHINI,

    Plaintiff,

v.

SUNSHINE DADE INVESTMENTS LLC, and
DADELAND SERVICE STATIONS, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendant, SUNSHINE DADE INVESTMENTS LLC, and DADELAND SERVICE STATIONS, INC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. The parties request that the Court enter an Order of Dismissal.

Dated: December 15, 2020.

/s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305)553-3031
Primary Email: ajperez@lawgmp.com
*Attorney for Plaintiff*

/s/ Edward S. Polk
EDWARD S. POLK
Florida Bar No.: 239860
MARC RAPAPORT
Florida Bar No.: 1008359
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400 P.O. Box 569015
Miami, Florida 33256
Telephone: (305) 350-5338
Email: edward.polk@scsklegal.com;
Marc.rapaport@csklegal.com
*Attorneys for Defendant, Sunshine Dade Investments, LLC*

*/s/ Mendy Halberstam*
MENDY HALBERSTAM
Florida Bar No.: 68999
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Primary Email:  mendy.halberstam@jacksonlewis.com
*Attorney for Defendant, Dadeland Service Stations, Inc*